# Third District Court of Appeal

## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1093
Lower Tribunal No. F04-29879
_____

**Luis La-Casse,**
Petitioner,

vs.

**Mark S. Inch, etc.,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus

Luis La-Casse, in proper person.

Ashley Moody, Attorney General, for respondent.

Before FERNANDEZ, C.J., and LINDSEY, and GORDO, JJ.

<u>ON ORDER TO SHOW CAUSE</u>

PER CURIAM.

On May 10, 2021, petitioner, Luis La-Casse, filed a petition for writ of habeas corpus in this court. Upon review of the petition, we determined that La-Casse had again filed a frivolous petition in our court. On May 11, 2021, we ordered La-Casse to show cause why he shouldn't be prohibited from filing further pro se petitions, motions and appeals in this court, citing to our warning in La-Casse v. Inch, 307 So. 3d 921 (Fla. 3d DCA 2020), wherein we warned La-Casse that continued abuse of the judicial process would result in an order prohibiting further pro se filings in our court. As we noted in La-Casse, in 2018, petitioner was precluded from filing any further pro se pleadings relating to trial court case number F04-29879. He appealed that order and we affirmed.

Upon consideration of La-Casse's response to our order to show cause and the successive, duplicative, pro se petitions and appeals brought by La-Casse, we conclude that good cause has not been shown. La-Casse has engaged in the filing of meritless, frivolous, and successive claims, continuing to seek relief from this Court notwithstanding prior adverse determinations on the merits.

In accordance with State v. Spencer, 751 So. 2d 47 (Fla. 1999), and Concepcion v. State, 944 So. 2d 1069 (Fla. 3d DCA 2006), La-Casse is prohibited from filing any further pro se appeals, pleadings, motions, or

2

petitions relating to his conviction, judgment, and sentence in lower tribunal cases F04-29879. We direct the Clerk of this Court to refuse to accept any such papers relating to the specified circuit court case number unless they have been reviewed and signed by an attorney who is a duly licensed member of The Florida Bar in good standing. See Whipple v. State, 112 So. 3d 540 (Fla. 3d DCA 2013).